UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| KEVIN JENSEN and JESSICA JENSEN | § | |
| | § | |
| VS. | § | C.A. NO. 4:16-cv-02724 |
| | § | |
| LIBERTY MUTUAL INSURANCE | § | |
| COMPANY | § | |

## JOINT MOTION TO DISMISS WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, Plaintiffs, Kevin Jensen and Jessica Jensen and Defendant, Liberty Insurance Corporation, file this Joint Motion to Dismiss with Prejudice, and request that the Court dismiss all of Plaintiffs' claims against Defendant, Liberty Insurance Corporation with prejudice.

Respectfully submitted,

**MIKE O'BRIEN, P.C.**

/s/ Mike O'Brien

_____
Mike O'Brien
State Bar No. 15170200
Southern District of Texas Bar No. 9968
14355 Highway 105
Washington, TX 77880
(713) 222-0088
(713) 222-0888 Fax
mike@moblaw.com

**ATTORNEY-IN-CHARGE FOR PLAINTIFFS**

Of Counsel:
Amanda Bandini
THE BANDINI LAW FIRM
State Bar No. 24078191
4669 Southwest Freeway, Suite 420
Houston, TX 77027
(281) 853-9424
abandini@bandinilaw.com

**SHEEHY, WARE & PAPPAS, P.C.**

By:

*/s/ J. Mark Kressenberg*
_____
J. Mark Kressenberg
State Bar No. 11725900
*jkressenberg@sheehyware.com*
Edward C. Kiss
State Bar No. 24064284
*ekiss@sheehyware.com*
2500 Two Houston Center
909 Fannin
Houston, TX 77010
(713) 951-1000
(713) 951-1199 Fax

**ATTORNEY FOR DEFENDANT LIBERTY INSURANCE CORPORATION**