United States District Court
Southern District of Texas
**ENTERED**
March 02, 2017
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| KEVIN JENSEN, *et al*, § § § Plaintiffs, § VS. § LIBERTY MUTUAL INSURANCE § COMPANY, § § Defendant. § § § | CIVIL ACTION NO. 4:16-CV-2724 |

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

In accordance with Federal Rule of Civil Procedure 41, the plaintiffs', Kevin Jensen and Jessica Jensen, and the defendant, Liberty Insurance Corporation, have filed a joint motion to dismiss with prejudice (Dkt. No. 17), and have requested that the Court dismiss the plaintiffs' claims against the defendant, Liberty Insurance Corporation, with prejudice.

It is, therefore, ORDERED that all of the plaintiffs' claims against the defendant, Liberty Insurance Corporation are hereby DISMISSED with prejudice.

It is so ORDERED.

SIGNED on this 2nd day of March, 2017.

_____
Kenneth M. Hoyt
United States District Judge